**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DIANA GRACE GARCIA,

                Plaintiff,           23 **CIVIL** 4911 (CM)(OTW)

      -v-                     **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated May 28, 2024, that this action shall be and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings.

**Dated:**  New York, New York

     May 28, 2024

                                             RUBY J. KRAJICK
                                              **Clerk of Court**

                          **BY:**

                                            _____
                                                **Deputy Clerk**